**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 06-2001**

_____

WESLEY EDWARD SMITH, III,

                                    Plaintiff - Appellant,

          versus

CHARLESTON COUNTY SCHOOL DISTRICT,

                                    Defendant - Appellee.

_____

Appeal from the United States District Court for the District of
South Carolina, at Charleston.  David C. Norton, District Judge.
(2:06-cv-02177)

_____

Submitted:  November 15, 2006        Decided:  January 30, 2007

_____

Before GREGORY and DUNCAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Wesley Edward Smith, III, Appellant Pro Se.  Alice F. Paylor,
Daniel Francis Blanchard, III, ROSEN, ROSEN & HAGOOD, LLC,
Charleston, South Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Wesley Edward Smith, III, seeks to appeal the district court's order adopting the report and recommendation of the magistrate judge and dismissing his complaint for lack of federal subject matter jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Smith v. Charleston County School Dist., No. 2:06-cv-02177 (D.S.C. Sept. 5, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED